UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | 1:10-cv-2348-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| MATTHEW CATE, et al., | (ECF No. 11) |
| Defendants. | |

_____/

Plaintiff Garrison S. Johnson ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 4, 2012, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and Defendants. (ECF No. 11.) Plaintiff has failed to file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

///

-1-

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 4, 2012, are adopted in full;
2. Plaintiff be allowed to proceed on his Fourteenth Amendment equal protection claim against Defendant Doran;
3. Plaintiff's claims against Defendants Warden Harrington, Warden Biter, and Associate Warden Lawless be dismissed with prejudice; and
4. Defendants Warden Harrington, Warden Biter, and Associate Warden Lawless be dismissed from this action.

IT IS SO ORDERED.

**Dated:   July 3, 2012**                         /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE