UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE No. 1:10-cv-02348-LJO-MJS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLETE SERVICE AND FILE SERVICE DOCUMENTS |
| v. | |
| CATE, et al., | (ECF Nos. 19, 23) |
| Defendants. | |

Plaintiff Garrison S. Johnson, a state prisoner proceeding pro se, filed this civil rights action on December 16, 2010 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.)

This matter proceeds on Plaintiff's First Amended Complaint (First Am. Compl., ECF No. 8) against Defendant Doran for violation of Plaintiff's rights under the Fourteenth Amendment Equal Protection Clause. (Order Requiring Plaintiff Amend or Notify, ECF No. 9; Notice, ECF No. 10.)

On July 6, 2012, the Court issued its Order instructing Plaintiff, who is not proceeding in forma pauperis, on service of process and directing that service be completed on Defendant Doran (the only remaining Defendant) by November 7, 2012.[1]

---

[1] Plaintiff has paid the filing fee in full for initiating this action. Receipt No. CAE100013403.

1

(Order Instructing, ECF No. 13.) On November 14, 2012, the Court denied Plaintiff's motion for permission to proceed in forma pauperis for service of summons and complaint by the United States Marshall, but extended the service deadline to February 6, 2013 and ordered the Court Clerk to re-issue service instructions and documents. (Order Den. Mot. for IFP re Service, ECF 19.)

Pending before the Court is Plaintiff's motion for thirty (30) day extension of time to complete service upon Defendant Doran and file service documents with the Court. (Mot. Ext. Time for Service, ECF No. 23.)

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time to complete service on Defendant Doran (ECF No. 23) is GRANTED such that Plaintiff shall complete service of process on Defendant Doran and file service documents with the Court by not later thirty (30) days following service of this Order.

IT IS SO ORDERED.

Dated:   February 13, 2013            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE