# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATE, et al.,<br><br>　　　　　Defendants. | Case No. 1:10-cv-02348-LJO-MJS (PC)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE**<br><br>**(ECF No. 66)** |

　　　　Plaintiff Garrison S. Johnson (D-59672) is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The action proceeds on an equal protection claim against Defendant Doran, Inmate Assignment Lieutenant at Kern Valley State Prison.

　　　　The case is in the discovery phase. The deadline to complete discovery is September 9, 2014.

　　　　Before the Court is Defendant's July 11, 2014 Request to Take Plaintiff's Deposition by Videoconference pursuant to Federal Rule of Civil Procedure 30(b)(4).

　　　　Good cause having been shown, Defendant's Request (ECF No. 66) is HEREBY GRANTED, provided that nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

IT IS SO ORDERED.

　　　Dated:　July 11, 2014　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1