# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CATE, et al.,<br><br>    Defendants. | Case No. 1:10-cv-02348-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR REFERENCE TO PRO SE PRISONER SETTLEMENT PROGRAM**<br><br>**(ECF No. 71)** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The action proceeds on an equal protection claim against Defendant Doran, Inmate Assignment Lieutenant at Kern Valley State Prison ("KVSP").

Before the Court is Plaintiff's request that the case be referred to the pro se prisoner settlement program. However, the Court will not refer a case to formal settlement talks unless all parties agree such negotiations might be productive. Local Rule 271(b)(4). After inquiry to the Attorney General's office, this Court's settlement program administrator advises that the defense is not presently interested in pursuing a settlement conference in this matter.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion that the case be

1

1 referred to the pro se prisoner settlement program (ECF No. 71) is DENIED without
2 prejudice.
3
4 IT IS SO ORDERED.
5
6 Dated:   August 27, 2014          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2