UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | Case No.  1:10-cv-02348-LJO-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR NOTIFICATION**<br><br>**(ECF No. 114)** |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds on an equal protection claim against Defendant Doran, Inmate Assignment Lieutenant at Kern Valley State Prison.

　　　　On December 2, 2014, Defendant filed a motion for summary judgment. (ECF No. 100.) On January 5, 2015, Plaintiff filed his opposition and a request for judicial notice. (ECF Nos. 112 & 113.)

　　　　Before the Court is Plaintiff's January 7, 2015 motion for notification that his opposition and request for judicial notice were received by the Court and properly filed. (even though he inadvertently omitted the case number from the first page of the opposition).  (ECF No. 114.)

　　　　Plaintiff's motion for notification (ECF No. 114) is HEREBY GRANTED. Plaintiff is

advised that his opposition to Defendant's motion for summary judgment and his request for judicial notice have been filed in this action.

IT IS SO ORDERED.

Dated:   January 9, 2015        /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE